**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Brewery Properties Group, LLC v. Mercury Brewing and Distribution Co., Inc. | Chapter: 0 |
| | Debtor, | Case No: 11–01161 |
| | | Judge Joan N. Feeney |

**ORDER**
**REGARDING DEFICIENT FILING**

Your recent filing of **Adversary Case #11–1161 Notice of Removal by Brewery Properties Group, LLC.** on **MAY 5, 2011** with the Court was deficient and/or defective as noted below:

☐    Service (Missing or Insufficient)

☐    Verified statement or an unsworn declaration as required by Fed. R. Bankr. P.1008 and in accordance with 28 USC § 1746.

☐    Declaration Re: Electronic Filing (Official Local Form 7) as required by MEFR 7(a)

☐    Chapter 13 Agreement Between Debtor and Counsel (Official Local Form 8) as required by MLBR App. 1, Rule 13–2 (a)(8).

☐    Reaffirmation Agreement Cover Sheet.

☐    Real Estate Worksheet.

☐    Debtor(s) Schedule of Disputed Payments in Opposition to Motion for Relief from Stay – Post Petition Transaction History.

☐    Motion to Amend Plan.

☐    Motion to Approve Stipulation.

☐    Certificate of Conference.

☐    Notice of Amendment to Schedules.

☐    Motion to Amend Schedules.

☑    Adversary Proceeding Cover Sheet. **"Form B 104"**

☐    Proposed Notice to the Objection to Claim MLBR 3007–1(b).

☐    Other

You are hereby **ORDERED** to file the above required documents(s) on or before **MAY 13, 2011** .

**YOU MUST FILE THESE DOCUMENTS AT THE CLERK'S OFFICE AS INDICATED BELOW.
FAILURE TO COMPLY WILL RESULT IN DENIAL OR DISMISSAL WITHOUT FURTHER NOTICE.**

- ⦿ United States Bankruptcy Court
  John. W. McCormack Post
  Office and Court House
  5 Post Office Square, Suite 1150
  Boston, MA 02109–3945

- ○ United States Bankruptcy Court
  211 Donohue Federal Building
  595 Main Street
  Worcester, MA 01608–2076

- ○ United States Bankruptcy Court
  United States Courthouse
  300 State Street, Suite 220
  Springfield, MA 01105–2925

Date:5/6/11

By the Court,

David Krinsky
Deputy Clerk
617–748–5321

2 – 1