UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

**In Re:** Brewery Properties Group, LLC v.     **Case Number:** 11-01161     **Ch:**
       Mercury Brewing and Distribution Co.,

**MOVANT/APPLICANT/PARTIES:**

Status Conference
#1 Adversary Proceeding

**OUTCOME:**
\_\_\_\_\_Granted\_\_\_\_\_Denied\_\_\_\_\_Approved\_\_\_\_\_Sustained
\_\_\_\_\_Denied\_\_\_\_\_Denied without prejudice\_\_\_\_\_Withdrawn in open court\_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____ For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____ Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advisement: Brief(s) due_____ From_____
                Response(s) due_____ From_____
\_\_\_\_\_Fees allowed in the amount of: $_____ Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
#1   DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Status conference held.

IT IS SO NOTED:                         IT IS SO ORDERED:

                                                                          Dated: 11/02/2011
_____
Courtroom Deputy                    Joan N. Feeney, U.S. Bankruptcy Judge